UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEPHANIE NICOLE WATSON

CIVIL ACTION

VERSUS

NO. 15-564-JJB-RLB

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 22, 2016 (doc. no. 15). The plaintiff filed an objection which merely states the same arguments. The court has reviewed the record and agrees with the findings made by the Magistrate Judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Commissioner's decision is AFFIRMED and Plaintiff's appeal is DISMISSED with prejudice.

Baton Rouge, Louisiana, this 17th day of January, 2017.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA